# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Case No. 24-60242

**APPLE INCORPORATED,**
Petitioner/Cross-Respondent,

v.

**NATIONAL LABOR RELATIONS BOARD,**
Respondent/Cross-Petitioner.

## COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO'S UNOPPOSED MOTION TO INTERVENE

COMES NOW Communications Workers of America, AFL-CIO ("CWA") and pursuant to Federal Rule of Appellate Procedure 15(d) moves for leave to intervene in support of Respondent/Cross-Petitioner National Labor Relations Board ("the Board"). CWA was the charging party in *Apple Inc.*, 373 NLRB No. 52 (2024), the Board decision that Petitioner Cross-Respondent Apple Inc. ("Apple") seeks review of in this proceeding. CWA, as the successful charging party in the underlying Board proceeding, "may intervene as of right in any review proceedings before the Court of Appeals." *Concrete Materials of Georgia, Inc. v. NLRB*, 440 F.2d 61, 67 (5th Cir. 1971) (citing *Int'l Union v. Scofield*, 382 U.S. 205, 216 (1965)).

1

Counsel for CWA has conferred with counsel for Apple and counsel for Apple indicated Apple did not oppose this motion. Counsel for CWA has also conferred with counsel for the Board and counsel for the Board indicated the Board did not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, CWA prays this unopposed motion be granted and CWA permitted to intervene in this proceeding.

> Respectfully Submitted,
>
> COMMUNICATIONS WORKERS OF
> AMERICA, AFL-CIO
>
> /s/ Matthew Holder
> Matthew Holder
> 501 Third Street N.W.
> Washington, D.C. 20001
> Telephone: 202/215-6788
> Email: mholder@cwa-union.org

## **CERTIFICATE OF COMPLIANCE**

     This statement is to certify that this motion complies with Federal Rule of Appellate Procedure 27 and contains <u>223 words</u>, excluding the parts of the motion exempted under the Federal Rules of Appellate Procedure and the Rules of the United States Court of Appeals for the Fifth Circuit.

                           <u>/s/ Matthew Holder</u>
                           Matthew Holder

                           ATTORNEY FOR INTERVENOR
                           COMMUNICATIONS WORKERS OF
                           AMERICA, AFL-CIO

# CERTIFICATE OF SERVICE

     This statement is to certify that on June 6, 2024, counsel for Intervenor Communications Workers of America, AFL-CIO served a true and correct copy of this motion on all parties to this case through the court of appeal's ECF system and to parties not registered for ECF by USPS First Class Mail:

A. John Harper III
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010

Arissa K. Meyer
Amanda Ploof
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201-2931

*Counsel for Petitioner/Cross-Respondent*

Ruth E. Burdick
Elizabeth A. Heaney
Joel Heller
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20570-0001

Timothy L. Watson
National Labor Relations Board, Region 16
Room 8A24 819 Taylor Street
Fort Worth, TX 76102-6178

*Counsel for Respondent/Cross-Petitioner*

                              /s/ Matthew Holder
                              Matthew Holder

                              ATTORNEY FOR INTERVENOR COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO