# United States Court of Appeals for the Fifth Circuit

No. 24-60242

United States Court of Appeals
Fifth Circuit
**FILED**
June 7, 2024
Lyle W. Cayce
Clerk

Apple, Incorporated,

    *Petitioner/Cross-Respondent*,

*versus*

National Labor Relations Board,

    *Respondent/Cross-Petitioner*.

_____

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 02-CA-295979
_____

ORDER:

    IT IS ORDERED that the unopposed motion of Communications Workers of America, AFL-CIO to intervene on behalf of Respondent as to the petition for review filed by Apple, Incorporated is GRANTED.

_____
Irma Carrillo Ramirez
*United States Circuit Judge*