# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 07, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60242   Apple v. NLRB
                    Agency No. 02-CA-295979

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Ms. Ruth E. Burdick
Mr. Alfred John Harper III
Ms. Elizabeth Ann Heaney
Mr. Joel Abraham Heller
Mr. Matthew G. Holder
Ms. Arrissa Kathryn Meyer
Ms. Amanda Ploof
Mr. Timothy L. Watson