

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, DC 20570-0001

July 1, 2024

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the 5th Circuit
600 South Maestri Place
New Orleans, LA 70130

      *Apple, Inc. v. NLRB*
      5th Cir. No. 24-60242, Board Case No. 02-CA-295979

Dear Mr. Cayce:

    I am enclosing a certified copy of the agency record in the above-captioned case.

                        Very truly yours,

                        /s/ Ruth E. Burdick
                        Ruth E. Burdick
                        Deputy Associate General Counsel
                        NATIONAL LABOR RELATIONS BOARD
                        1015 Half Street SE
                        Washington, DC 20570-0001
                        (202) 273-2960

Enclosures

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| APPLE, INC. <br>     Petitioner/Cross-Respondent <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD <br>     Respondent/Cross-Petitioner | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 24-60242 <br><br> Board Case No. <br> 02-CA–295979 |

## CERTIFIED AGENCY RECORD

Pursuant to authority delegated in Section 102.115 of the National Labor Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that the contents of the Agency Record consist of all documents, transcripts of testimony, exhibits, and other material constituting the record before the Board in Apple, Inc., Board Case No. 02-CA-295979.

*Roxanne L. Rothschild*
_____
Roxanne L. Rothschild
Executive Secretary
NATIONAL LABOR RELATIONS BOARD
1015 Half Street SE
Washington, DC  20570-0001
(202) 273-2960

July 1, 2024

# **INDEX TO AGENCY RECORD**

| | | |
|---|---|---|
| VOLUME I | - Transcript of Hearing | Pages |
| | 01/09/23 and 01/10/23 | 1-379 |

VOLUME II  - General Counsel's Exhibits[1]
       1 (a-k)
       2-3
       4 (video)
       5-6
       7 (video)
       8 (video)
       9 (identified only)

      - Respondent's (Apple Inc.) Exhibits[2]
       17 (identified only)
       18-23
       24 (video)
       25
       27 (video)
       29-30 (video)
       31 (identified only)

      - Joint Exhibits
       1

VOLUME III  - Pleadings

| Date | Documents | Pages |
|---|---|---|
| 01/03/23 | Order for Hearing by VideoConference | 1-16 |
| 06/20/23 | Administrative Law Judge's Decision | 1-34 |

---

[1] General Counsel Exhibits 4, 7, and 8, are videos and will be sent on a thumbnail drive via first-class mail.

[2] There are no Respondent Exhibits 1-16, 26 or 28 in the record, nor were they mentioned in the transcript. Respondent Exhibits 24, 27, and 29-30 are videos and will be sent on a thumbnail drive via first-class mail.

| | | |
|---|---|---|
| 06/20/23 | Order Transferring Proceedings to the National Labor Relations Board | 1 |
| 06/28/23 | General Counsel's Request for Extension of Time to File Exceptions | 1-2 |
| 06/30/23 | Executive Secretary's Order Granting Extension of Time to File Exceptions to the Administrative Law Judge's Decision | 1 |
| 08/04/23 | Respondent's (Apple, Inc) Request for Extension of Time to File Exceptions | 1-3 |
| 08/09/23 | Executive Secretary's Order Granting Extension of Time to File Exceptions to the Administrative Law Judge's Decision | 1 |
| 08/29/23 | General Counsel's Exceptions to the Administrative Law Judge's Decision | 1-2 |
| 08/29/23 | Respondent's (Apple, Inc) Exceptions to the to the Administrative Law Judge's Decision | 1-14 |
| 09/11/23 | Respondent's (Apple, Inc) Request for Extension of Time to File Brief in Opposition to the General Counsel's Exceptions to the Administrative Law Judge's Decision | 1-3 |
| 09/11/23 | Executive Secretary's Order Granting Extension of Time to File Answering Brief to Exceptions to the Administrative Law Judge's Decision | 1 |
| 09/13/23 | General Counsel's Request for Extension of Time to File Answering Brief to Respondent's (Apple, Inc) Exceptions to the Administrative Law Judge's Decision | 1-2 |
| 09/13/23 | Executive Secretary's Order Granting Extension of Time to File Answering Brief to Exceptions to the Administrative Law Judge's Decision | 1 |
| 09/14/23 | Corrected Executive Secretary's Order Granting Extension of Time to File Answering Brief to Exceptions to the Administrative Law Judge's Decision | 1 |

| | | |
|---|---|---|
| 11/15/23 | General Counsel's Answering Brief to Respondent's (Apple, Inc) Exceptions to the Administrative Law Judge's Decision | 1-33 |
| 11/20/23 | Charging Party's (CWA, AFL-CIO) Answering Brief to Respondent's (Apple, Inc) Exceptions to the Administrative Law Judge's Decision | 1-28 |
| 11/20/23 | Respondent's (Apple, Inc) Answering Brief to General Counsel's Exceptions to the Administrative Law Judge's Decision | 1-7 |
| 05/06/24 | Decision and Order (373 NLRB No. 52) | 1-18 |

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| APPLE, INC. | ) | |
|     Petitioner/Cross-Respondent | ) | No. 24-60242 |
| | ) | |
| v. | ) | Board Case No. |
| | ) | 02-CA–295979 |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street SE
Washington, DC  20570-0001
(202) 273-2960

Dated at Washington, DC
this 1st day of July 2024