# No. 24-60242

# In the United States Court of Appeals
## FOR THE FIFTH CIRCUIT

APPLE, INCORPORATED,

*Petitioner/Cross-Respondent*

*v.*

NATIONAL LABOR RELATIONS BOARD,

*Respondent/Cross-Petitioner*

On Petition for Review of an Order of the National Labor Relations Board

### APPLE, INC.'S UNOPPOSED MOTION FOR A LEVEL 1 EXTENSION FOR PETITIONER/CROSS-RESPONDENT'S OPENING BRIEF

In accordance with Fifth Circuit Rule 31.4, Petitioner/Cross-Respondent Apple, Inc. respectfully moves for a Level 1 extension of 30 days for its opening brief, which is currently due August 12, 2024, so that the new due date is September 11, 2024. There is good cause to grant Apple's motion because of counsel's preexisting commitments. In support of this unopposed motion, Apple states as follows:

1.  On May 6, 2024, the National Labor Relations Board entered its decision and order, reported at 373 NLRB No. 52, in Case No. 02–CA–295979.

2. On May 15, 2024, Apple filed its petition for review. Dkt. 1-2.

3. On July 3, 2024, this Court entered a briefing schedule, setting the opening brief's deadline to August 12, 2024. Dkt. 29.

4. Apple retained Morgan, Lewis & Bockius LLP to represent it in this matter and, on July 19, 2024, Apple's new counsel, Michael E. Kenneally and Harry I. Johnson, entered their appearances in this case.

5. A 30-day extension for Apple's opening brief is necessary to allow Apple's newly retained counsel adequate time to brief the issues presented in this case in light of the circumstances described below.

6. Since the issuance of the briefing schedule on July 3 and through the current deadline of August 12, Apple's undersigned counsel has had and continues to have numerous deadlines and commitments in other matters, including:

- A hearing on a motion for a preliminary injunction on July 10, 2024 in *SpaceX v. NLRB*, No. 24-cv-203 (W.D. Tex.);
- An opening brief of appellants filed on July 15, 2024 in *Franklin v. Duke University*, No. 24-1205 (4th Cir.);
- An opposition to a motion for class certification filed on July 15, 2024 in *Ma v. X Corp.*, No. 23-cv-3301 (N.D. Cal.);
- An opening brief of appellant filed on July 17, 2024 in *SpaceX v. NLRB*, No. 24-40315 (5th Cir.);

- An oral argument on July 24, 2024 in *Johnson v. Parker Hannifin Corp.*, No. 24-3014 (6th Cir.);

- A reply in support of a motion to compel arbitration filed on July 29, 2024 in *Fields v. Amazon Logistics, Inc.*, No. 24-cv-2032 (N.D. Ga.);

- A reply in support of a petition for writ of certiorari due on July 31, 2024 in *M&K Employee Solutions, LLC v. Trustees of the IAM National Pension Fund*, No. 23-1209 (U.S.);

- An appellate reply brief due on August 8, 2024 in *Pacific Maritime Ass'n v. NLRB*, Nos. 23-632, 23-658, 23-780, 23-793 (9th Cir.); and

- A reply in support of a motion for summary judgment due on August 9, 2024 in *Securities Industry & Financial Markets Ass'n v. Ashcroft*, 23-cv-4154 (W.D. Mo.).

7. In addition, undersigned counsel has preexisting vacation plans from August 1 to August 8, 2024.

8. There is no reason to deny Apple's request for a 30-day extension.

9. No prior extension has been sought by Apple.

10. No party will be prejudiced by this short extension.

11. The extension is not being sought for purposes of delay.

12. Where, as here, a party has not previously sought any extension for its brief and good cause exists for extending the deadline, a Level 1 extension should be granted.

13. Counsel for Respondent/Cross-Petitioner the National Labor Relations Board and counsel for Intervenor Communications Workers of America, AFL-CIO, have stated that their respective clients do not oppose this motion.

## CONCLUSION

For all these reasons, Apple respectfully asks that this Court extend the due date for Apple's opening brief by 30 days—to September 11, 2024.

Dated: July 29, 2024

Respectfully submitted,

s/ Michael E. Kenneally

HARRY I. JOHNSON, III
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
(310) 255-9005

MICHAEL E. KENNEALLY
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 739-3000

*Counsel for Apple, Inc.*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and 32(f), this document contains 591 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

Dated: July 29, 2024                    s/ Michael E. Kenneally
                                        MICHAEL E. KENNEALLY

                                        *Counsel for Apple, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Apple conferred: (1) with counsel for the Respondent/Cross-Petitioner National Labor Relations Board on July 26, 2024, who confirmed that same day that the Board does not oppose the requested relief; and (2) with counsel for Intervenor Communications Workers of America, AFL-CIO, on July 26, 2024, who confirmed on July 29 that Intervenor does not oppose the requested relief.

Dated: July 29, 2024　　　　　　　　　　s/ Michael E. Kenneally
　　　　　　　　　　　　　　　　　　　　MICHAEL E. KENNEALLY

　　　　　　　　　　　　　　　　　　　　*Counsel for Apple, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of July, 2024, a true and correct copy of the foregoing was filed electronically and served on counsel of record for all other parties through this Court's CM/ECF system.

Dated:  July 29, 2024               s/ Michael E. Kenneally
                                    MICHAEL E. KENNEALLY

                                    *Counsel for Apple, Inc.*