

United States Government

NATIONAL LABOR RELATIONS BOARD

OFFICE OF THE GENERAL COUNSEL

Washington, DC 20570-0001

August 7, 2024

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the 5th Circuit
600 South Maestri Place
New Orleans, LA 70130

      *Apple, Inc. v. NLRB*
      5th Cir. No. 24-60242, Board Case No. 02-CA-295979

Dear Mr. Cayce:

    I am filing electronically an amended copy of the certified list of the contents of the agency record and a certified copy of the agency record in this case.

                                  Very truly yours,

                                  /s/ Ruth E. Burdick
                                  Ruth E. Burdick
                                  Deputy Associate General Counsel
                                  NATIONAL LABOR RELATIONS BOARD
                                  1015 Half Street SE
                                  Washington, DC 20570-0001
                                  (202) 273-2960

Enclosures

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| APPLE, INC. | ) | |
|     Petitioner/Cross-Respondent | ) | No. 24-60242 |
| | ) | |
| v. | ) | Board Case No. |
| | ) | 02-CA–295979 |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |

## AMENDED CERTIFIED AGENCY RECORD

Pursuant to authority delegated in Section 102.115 of the National Labor Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that the contents of the Agency Record consist of all documents, transcripts of testimony, exhibits, and other material constituting the record before the Board in Apple, Inc., Board Case No. 02-CA-295979.

*Roxanne L. Rothschild*
_____
Roxanne L. Rothschild
Executive Secretary
NATIONAL LABOR RELATIONS BOARD
1015 Half Street SE
Washington, DC  20570-0001
(202) 273-2960

August 7, 2024

# AMENDED INDEX TO AGENCY RECORD

VOLUME I  - Transcript of Hearing                                        Pages
            01/09/23 and 01/10/23                                        1-379

VOLUME II - General Counsel's Exhibits[1]
            1 (a-k)
            2-3
            4 (video)
            5-6
            7 (video)
            8 (video)
            9 (identified only)

          - Respondent's (Apple Inc.) Exhibits[2]
            17 (identified only)
            18-23
            24 (video)
            25
            27 (video)
            29-30 (video)
            31 (identified only)

          - Charging Party's (CWA, AFL-CIO) Exhibits
            1

          - Joint Exhibits
            1

---

[1] General Counsel Exhibits 4, 7, and 8, are videos and will be sent on a thumbnail drive via first-class mail.

[2] There are no Respondent Exhibits 1-16, 26 or 28 in the record, nor were they mentioned in the transcript. Respondent Exhibits 24, 27, and 29-30 are videos and will be sent on a thumbnail drive via first-class mail.

<u>VOLUME III</u>  - Pleadings

| <u>Date</u> | <u>Documents</u> | <u>Pages</u> |
|---|---|---|
| 01/03/23 | Order for Hearing by VideoConference | 1-16 |
| 06/20/23 | Administrative Law Judge's Decision | 1-34 |
| 06/20/23 | Order Transferring Proceedings to the National Labor Relations Board | 1 |
| 06/28/23 | General Counsel's Request for Extension of Time to File Exceptions | 1-2 |
| 06/30/23 | Executive Secretary's Order Granting Extension of Time to File Exceptions to the Administrative Law Judge's Decision | 1 |
| 08/04/23 | Respondent's (Apple, Inc) Request for Extension of Time to File Exceptions | 1-3 |
| 08/09/23 | Executive Secretary's Order Granting Extension of Time to File Exceptions to the Administrative Law Judge's Decision | 1 |
| 08/29/23 | General Counsel's Exceptions to the Administrative Law Judge's Decision | 1-2 |
| 08/29/23 | Respondent's (Apple, Inc) Exceptions to the to the Administrative Law Judge's Decision | 1-14 |
| 09/11/23 | Respondent's (Apple, Inc) Request for Extension of Time to File Brief in Opposition to the General Counsel's Exceptions to the Administrative Law Judge's Decision | 1-3 |
| 09/11/23 | Executive Secretary's Order Granting Extension of Time to File Answering Brief to Exceptions to the Administrative Law Judge's Decision | 1 |
| 09/13/23 | General Counsel's Request for Extension of Time to File Answering Brief to Respondent's (Apple, Inc) Exceptions to the Administrative Law Judge's Decision | 1-2 |

09/13/23   Executive Secretary's Order Granting
           Extension of Time to File Answering Brief to Exceptions
           to the Administrative Law Judge's Decision                       1

09/14/23   Corrected Executive Secretary's Order Granting
           Extension of Time to File Answering Brief to Exceptions
           to the Administrative Law Judge's Decision                       1

11/15/23   General Counsel's Answering Brief to Respondent's (Apple, Inc)
           Exceptions to the Administrative Law Judge's Decision         1-33

11/20/23   Charging Party's (CWA, AFL-CIO) Answering Brief to
           Respondent's (Apple, Inc) Exceptions to the
           Administrative Law Judge's Decision                           1-28

11/20/23   Respondent's (Apple, Inc) Answering Brief to General Counsel's
           Exceptions to the Administrative Law Judge's Decision          1-7

05/06/24   Decision and Order (373 NLRB No. 52)                          1-18

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| APPLE, INC. | ) | |
|     Petitioner/Cross-Respondent | ) | No. 24-60242 |
| | ) | |
| v. | ) | Board Case No. |
| | ) | 02-CA–295979 |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I filed the foregoing amended document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick  
Ruth E. Burdick  
Deputy Associate General Counsel  
NATIONAL LABOR RELATIONS BOARD  
1015 Half Street SE  
Washington, DC  20570-0001  
(202) 273-2960

Dated at Washington, DC  
this 7th day of August 2024